IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XSENS HOLDING B.V., a Dutch corporation, and XSENS TECHNOLOGIES B.V., a Dutch corporation,

    Plaintiffs,

  v.

TRITON TECH OF TEXAS LLC, a Texas company,

    Defendant.

No. C 10-05278 WHA

**ORDER DENYING ATTENDANCE BY TELEPHONE**

Plaintiffs' request to attend the case management conference by telephone is **DENIED**, but plaintiffs' local counsel are permitted to attend the case management conference. Please note that case management conferences are to be participated by both sides at which time the Court shall set all remaining pretrial and trial dates.

**IT IS SO ORDERED.**

Dated: February 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE